UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Morris Starkman, Debtor.

Case No.: 22-13457
Chapter: 7
Judge: ABA

**NOTICE OF PROPOSED ABANDONMENT**

_Douglas S. Stanger_, _Ch. 7 Trustee_ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
U.S. Post Office and Courthouse
401 Market Street
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable _Andrew B. Altenburg, Jr._ on _October 25, 2022_ at _10:00_ a.m. at the United States Bankruptcy Court, Courtroom no. _4B_. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
2206 Yellowstone Road, Cinnaminson, NJ 08077
$327,240.00

Liens on property:
Midland Mortgage/Midfirst - $179,403.00
Truist Loan Services - $135,179.60

Amount of equity claimed as exempt: $27,900.00

Objections must be served on, and requests for additional information directed to:

Name: Douglas S. Stanger, Ch. 7 Trustee
Address: 1810 Chapel Avenue West, Cherry Hill, NJ 08002
Telephone No.: (609) 645-1881

_rev.8/1/15_

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-13457-ABA |
| Morris Starkman | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 23, 2022 | Form ID: pdf905 | Total Noticed: 66 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Morris Starkman, 2206 Yellowstone Rd., Cinnaminson, NJ 08077-3157 |
| 519568176 | + | AMERIHEALTH INSURANCE COMPANY, 1901 MARKET ST, PHILADELPHIA, PA 19103-1480 |
| 519623113 | + | Alex Starkman, 2206 Yellowstone Road, Riverton, NJ 08077-3157 |
| 519568175 | | Allstate Insurance, 1181 Landis Ave, Vineland , NJ 08360 |
| 519623104 | + | American Water Company, PO Box 371331, Pittsburgh PA 15250-7331 |
| 519568177 | + | BAYHILL RECOVERY GROUP, LLC/EVEREST BUSINESS, 2001 NW 107TH AVE, 3RD FLOOR, MIAMI, FL 33172-2513 |
| 519568178 | +++ | BORDENTOWN PROFESSIONAL PLAZA ,LLC, 163 Route 130 North, BORDENTOWN , NJ 08505-2248 |
| 519568180 | + | BUSINESS BACKER, 10856 REED HARTMAN HIGHWAY, CINCINNATI, OH 45242-0209 |
| 519623114 | + | Bordentown Family Practice P.A, 2206 Yellowstone Road, Riverton, NJ 08077-3157 |
| 519568182 | + | CARMANS ANSWERING SERVICE, 326 HIGH ST, MT. HOLLY, NJ 08060 |
| 519568183 | + | CG TAX, AUDIT AND ADVISORY, 730 HOPE RD, TINTON FALLS, NJ 07724-9713 |
| 519568184 | + | COLUMBIA SELF STORAGE, 1025 US 206, BORDENTOWN, NJ 08505-2140 |
| 519568188 | + | CUPERSMITH,WILENSKY, LLP, 2500 MCCLELLAN AVE, PENNSAUKEN, NJ 08109-4613 |
| 519568189 | + | ERIN BORDEN, BURLINGTON, NJ 08016 |
| 519623107 | + | Erin Borden, 21 Parkers Mill Blvd, Mt Holly , NJ 08060-1394 |
| 519623108 | + | Evan Vernon, 1849 S Ocean Drive, Apt 815, Hallandale FL 33009-4925 |
| 519568190 | | FARNSWORTH AND SEMPTIMPHELTER, 629 MAIN ST, LUMBERTON , NJ 08048 |
| 519568192 | | HORIZON HEALTHCARE BC/BS OF NJ, PO BOX 200145, NEWARK, NJ 07102-0303 |
| 519568191 | + | Holiday Inn Club Vacat, 8505 W Irlo Bronson Memo, Kissimmee, FL 34747-8217 |
| 519568193 | + | Independent Recovery R, 24 Railroad Ave, Patchogue, NY 11772-3518 |
| 519568194 | + | Independent Recovery Resources, 24 Railroad Ave, Patchogue, NY 11772-3518 |
| 519568196 | +++ | Jay Whitt, 2366 Stanford Street, Philadelphia, PA 19152 |
| 519568197 | + | Julia Potpinko, 2372 Villa Drive, Pottstown, PA 19464-2026 |
| 519623103 | + | KML Law Group, 701 Market Street #5000, Philadelphia, PA 19106-1541 |
| 519568198 | + | Kevin Atlee DMD,LLC, 244 West Main St., MOORESTOWN, NJ 08057-2367 |
| 519568199 | + | Kurts Landscaping, Mt. Laurel, NJ 08054 |
| 519623109 | + | Kurts Landscaping, P.O. Box 2706, Riverton, NJ 08077-5706 |
| 519568200 | | LARCHMONT IMAGING, MT. LAUREL , NJ 08054 |
| 519623110 | + | Larchmont Imaging, 1295 Route 38, Hainesport, NJ 08036-2702 |
| 519568202 | +++ | Lou Galloso, 45 5th Street, Marlton, NJ 08053-2320 |
| 519568203 | | MBNA AMERICA, WILMINGTON, DE |
| 519568205 | + | MERCHANT FUNDING SERVICES LLC/MCA RECOVERY, 17 STATE STREET, SUITE 4000, NEW YORK, NY 10004-1501 |
| 519568209 | | MOHELA, PO BOX 790233, PO, ST. LOUIS, MO 63179 |
| 519568207 | + | MidFirst Bank, 501 NW Grand Boulevard, Oklahoma City, OK 73118-6037 |
| 519568206 | | Midfirst Bank, 216 Haddon Ave, Westmont , NJ 08108 |
| 519568213 | + | NJ DEPT OF LABOR AND WORKFORCE, PO BOX 379, TRENTON, NJ 08625-0379 |
| 519568214 | + | NJ EZ pass, Po box 1235, Elmsford, NY 10523-0935 |
| 519568210 | + | New Jersey Higher Education Assistance Author, 4 Quakerbridge Plaza, Trenton, NJ 08619-1241 |
| 519568211 | + | New Jersey Higher Education Student Assistanc, 4 Quakerbridge Plz, Trenton, NJ 08619-1241 |
| 519568212 | + | Nissan Motor Corporation, Po box 742658, Cincinnati , OH 45274-2658 |
| 519568217 | + | POLINO AND PINTO, PC, 720 EAST MAIN ST, MOORESTOWN, NJ 08057-3058 |
| 519585770 | + | PSE&G, attn: bankruptcy dept, po box 709, newark, NJ 07101-0709 |
| 519623112 | + | PSE&G, PO Box 1444, New Brunswick, NJ 08903-1444 |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 23, 2022 | Form ID: pdf905 | Total Noticed: 66 |

| | | | |
|---|---|---|---|
| 519623111 | + | Paul Vernon, 1849 S Ocean Drive, Apt 815, Hallandale FL 33009-4925 | |
| 519568215 | | Paul Vernon, Boca Raton, FL | |
| 519568216 | | Paychex, Cherry Hill, NJ | |
| 519568222 | | STATE OF NJ DEPT OF REVENUE, TRENTON, NJ | |
| 519568223 | | STATE OF NJ DIV OF WAGE AND HOUR COMPLIANCE, TRENTON, NJ | |
| 519568221 | | State of New Jersey Department of Revenue, 3 John Fitch Way, Trenton, NJ 08611 | |
| 519568224 | +++ | Stephanie Sutphen, 3 Delaware Drive, BORDENTOWN , NJ 08505-2505 | |
| 519623102 | + | Truist Loan Services, P.O. Box 2306, Wilson, NC 27894-2306 | |
| 519568227 | + | Virtua Hospital, 175 Madison Avenue, MT. HOLLY, NJ 08060-2099 | |

TOTAL: 52

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 23 2022 20:24:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 23 2022 20:24:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519568179 | | Email/Text: bankruptcy@bbandt.com | Sep 23 2022 20:23:00 | Branch Banking and Trust, 200 W 2nd St, Winston Salem, NC 27101 |
| 519568185 | | Email/Text: ebnnotifications@creditacceptance.com | Sep 23 2022 20:23:00 | Credit Acceptance, 25505 west twelve mile rd, Southfield , MI 48034 |
| 519568181 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 23 2022 20:31:20 | Capital One Bank, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 519623105 | + | Email/Text: kfitzpatrick@cinnaminsonsewerage.org | Sep 23 2022 20:23:00 | Cinnaminson Sewer Authority, 400 N.Randolph Ave, Cinnaminson, NJ 08077-1544 |
| 519568186 | + | Email/Text: ebnnotifications@creditacceptance.com | Sep 23 2022 20:23:00 | Credit Acceptance, P.O. Box 513, Southfield, MI 48037-0513 |
| 519568195 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 23 2022 20:23:00 | Internal Revenue Service, 2970 Market St., Mail Stop 5-Q30. 133, Philadelphia, PA 19104-5002 |
| 519623103 | ^ | MEBN | Sep 23 2022 20:24:09 | KML Law Group, 701 Market Street #5000, Philadelphia, PA 19106-1541 |
| 519568204 | + | Email/Text: MDSBankruptcies@meddatsys.com | Sep 23 2022 20:23:00 | Medical Payment Data, 645 Walnut Street, Suite 5, Gadsden, AL 35901-4173 |
| 519568208 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Sep 23 2022 20:31:09 | Midland Mtg/Midfirst, 999 Nw Grand Blvd, Oklahoma City, OK 73118-6051 |
| 519568219 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 23 2022 20:31:13 | Portfolio Recovery Associates, 120 Corporate Blvd., Ste. 1, Norfolk, VA 23502 |
| 519568218 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 23 2022 20:31:02 | Portfolio Recov Assoc, 150 Corporate Blvd, Norfolk, VA 23502-4952 |
| 519568225 | + | Email/Text: bankruptcy@bbandt.com | Sep 23 2022 20:23:00 | TRUIST, PO BOX 580048, CHARLOTTE, NC 28258-0048 |
| 519568226 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 23 2022 20:23:00 | VERIZON, PO BOX 489, NEWARK, NJ 07101-0489 |

TOTAL: 15

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519568201 | | Larry Levinson |
| 519568220 | | Roeblingbk |

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 23, 2022 | Form ID: pdf905 | Total Noticed: 66 |

| | | |
|---|---|---|
| 519623106 | *P++ | CREDIT ACCEPTANCE CORPORATION, 25505 WEST 12 MILE ROAD, SOUTHFIELD MI 48034-8316, address filed with court:, Credit Acceptance, 25505 West Twelve Mile Rd, Southfield MI 48034 |
| 519568187 | *+ | Credit Acceptance Corp, Po Box 513, Southfield, MI 48037-0513 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2022          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Douglas S. Stanger | on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |
| Douglas S. Stanger | doug.stanger@flastergreenberg.com  diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |
| Karina Pia Lucid | on behalf of Debtor Morris Starkman klucid@karinalucidlaw.com 15020@notices.nextchapterbk.com;admin@karinalucidlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5