Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22–13457–ABA
Chapter: 7
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Morris Starkman
   aka Moishe Starkman, dba Moishe
   Starkman
   2206 Yellowstone Rd.
   Cinnaminson, NJ 08077

Social Security No.:
   xxx–xx–6813

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

   I Linda Martin , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

2206 Yellowstone Road, Cinnaminson, NJ 08077


Dated: October 19, 2022
JAN: lgr

                                                                Jeanne Naughton
                                                                Clerk