**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Morris Starkman<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6813<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | _____<br>First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   22-13457-ABA | | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Morris Starkman
aka Moishe Starkman, dba Moishe Starkman

10/28/22

**By the court:** <u>Andrew B. Altenburg Jr.</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 22-13457-ABA
Morris Starkman                                                                           Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                        User: admin                                    Page 1 of 3
Date Rcvd: Oct 28, 2022                     Form ID: 318                                   Total Noticed: 66

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

+++         Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Morris Starkman, 2206 Yellowstone Rd., Cinnaminson, NJ 08077-3157 |
| 519568176 | + | AMERIHEALTH INSURANCE COMPANY, 1901 MARKET ST, PHILADELPHIA, PA 19103-1480 |
| 519623113 | + | Alex Starkman, 2206 Yellowstone Road, Riverton, NJ 08077-3157 |
| 519568175 | | Allstate Insurance, 1181 Landis Ave, Vineland , NJ 08360 |
| 519623104 | + | American Water Company, PO Box 371331, Pittsburgh PA 15250-7331 |
| 519568177 | + | BAYHILL RECOVERY GROUP, LLC/EVEREST BUSINESS, 2001 NW 107TH AVE, 3RD FLOOR, MIAMI, FL 33172-2513 |
| 519568178 | +++ | BORDENTOWN PROFESSIONAL PLAZA ,LLC, 163 Route 130 North, BORDENTOWN , NJ 08505-2248 |
| 519568180 | + | BUSINESS BACKER, 10856 REED HARTMAN HIGHWAY, CINCINNATI, OH 45242-0209 |
| 519623114 | + | Bordentown Family Practice P.A, 2206 Yellowstone Road, Riverton, NJ 08077-3157 |
| 519568182 | + | CARMANS ANSWERING SERVICE, 326 HIGH ST, MT. HOLLY, NJ 08060 |
| 519568183 | + | CG TAX, AUDIT AND ADVISORY, 730 HOPE RD, TINTON FALLS, NJ 07724-9713 |
| 519568184 | + | COLUMBIA SELF STORAGE, 1025 US 206, BORDENTOWN, NJ 08505-2140 |
| 519568188 | + | CUPERSMITH,WILENSKY, LLP, 2500 MCCLELLAN AVE, PENNSAUKEN, NJ 08109-4613 |
| 519568189 | + | ERIN BORDEN, BURLINGTON, NJ 08016 |
| 519623107 | + | Erin Borden, 21 Parkers Mill Blvd, Mt Holly , NJ 08060-1394 |
| 519623108 | + | Evan Vernon, 1849 S Ocean Drive, Apt 815, Hallandale FL 33009-4925 |
| 519568190 | | FARNSWORTH AND SEMPTIMPHELTER, 629 MAIN ST, LUMBERTON , NJ 08048 |
| 519568192 | | HORIZON HEALTHCARE BC/BS OF NJ, PO BOX 200145, NEWARK, NJ 07102-0303 |
| 519568191 | + | Holiday Inn Club Vacat, 8505 W Irlo Bronson Memo, Kissimmee, FL 34747-8217 |
| 519568193 | + | Independent Recovery R, 24 Railroad Ave, Patchogue, NY 11772-3518 |
| 519568194 | + | Independent Recovery Resources, 24 Railroad Ave, Patchogue, NY 11772-3518 |
| 519568196 | +++ | Jay Whitt, 2366 Stanford Street, Philadelphia, PA 19152 |
| 519568197 | + | Julia Potpinko, 2372 Villa Drive, Pottstown, PA 19464-2026 |
| 519568198 | + | Kevin Atlee DMD,LLC, 244 West Main St., MOORESTOWN, NJ 08057-2367 |
| 519568199 | + | Kurts Landscaping, Mt. Laurel, NJ 08054 |
| 519623109 | + | Kurts Landscaping, P.O. Box 2706, Riverton, NJ 08077-5706 |
| 519568200 | | LARCHMONT IMAGING, MT. LAUREL , NJ 08054 |
| 519623110 | + | Larchmont Imaging, 1295 Route 38, Hainesport, NJ 08036-2702 |
| 519568202 | +++ | Lou Galloso, 45 5th Street, Marlton, NJ 08053-2320 |
| 519568203 | | MBNA AMERICA, WILMINGTON, DE |
| 519568205 | + | MERCHANT FUNDING SERVICES LLC/MCA RECOVERY, 17 STATE STREET, SUITE 4000, NEW YORK, NY 10004-1501 |
| 519568209 | | MOHELA, PO BOX 790233, PO, ST. LOUIS, MO 63179 |
| 519568207 | + | MidFirst Bank, 501 NW Grand Boulevard, Oklahoma City, OK 73118-6037 |
| 519568206 | | Midfirst Bank, 216 Haddon Ave, Westmont , NJ 08108 |
| 519568213 | + | NJ DEPT OF LABOR AND WORKFORCE, PO BOX 379, TRENTON, NJ 08625-0379 |
| 519568214 | + | NJ EZ pass, Po box 1235, Elmsford, NY 10523-0935 |
| 519568210 | + | New Jersey Higher Education Assistance Author, 4 Quakerbridge Plaza, Trenton, NJ 08619-1241 |
| 519568211 | + | New Jersey Higher Education Student Assistanc, 4 Quakerbridge Plz, Trenton, NJ 08619-1241 |
| 519568212 | + | Nissan Motor Corporation, Po box 742658, Cincinnati , OH 45274-2658 |
| 519568217 | + | POLINO AND PINTO, PC, 720 EAST MAIN ST, MOORESTOWN, NJ 08057-3058 |
| 519585770 | + | PSE&G, attn: bankruptcy dept, po box 709, newark, NJ 07101-0709 |
| 519623112 | + | PSE&G, PO Box 1444, New Brunswick, NJ 08903-1444 |
| 519623111 | + | Paul Vernon, 1849 S Ocean Drive, Apt 815, Hallandale FL 33009-4925 |

Case 22-13457-ABA    Doc 22    Filed 10/30/22    Entered 10/31/22 00:13:54    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Oct 28, 2022 | Form ID: 318 | Total Noticed: 66 |

| Recip ID | | Name and Address |
| --- | --- | --- |
| 519568215 | | Paul Vernon, Boca Raton, FL |
| 519568216 | | Paychex, Cherry Hill, NJ |
| 519568222 | | STATE OF NJ DEPT OF REVENUE, TRENTON, NJ |
| 519568223 | | STATE OF NJ DIV OF WAGE AND HOUR COMPLIANCE, TRENTON, NJ |
| 519568221 | | State of New Jersey Department of Revenue, 3 John Fitch Way, Trenton, NJ 08611 |
| 519568224 | +++ | Stephanie Sutphen, 3 Delaware Drive, BORDENTOWN , NJ 08505-2505 |
| 519623102 | + | Truist Loan Services, P.O. Box 2306, Wilson, NC 27894-2306 |
| 519568227 | + | Virtua Hospital, 175 Madison Avenue, MT. HOLLY, NJ 08060-2099 |

TOTAL: 51

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 28 2022 20:22:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 28 2022 20:22:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519568179 | | Email/Text: bankruptcy@bbandt.com | Oct 28 2022 20:22:00 | Branch Banking and Trust, 200 W 2nd St, Winston Salem, NC 27101 |
| 519568185 | | Email/Text: ebnnotifications@creditacceptance.com | Oct 28 2022 20:22:00 | Credit Acceptance, 25505 west twelve mile rd, Southfield , MI 48034 |
| 519568181 | + | EDI: CAPITALONE.COM | Oct 29 2022 00:13:00 | Capital One Bank, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 519623105 | + | Email/Text: kfitzpatrick@cinnaminsonsewerage.org | Oct 28 2022 20:22:00 | Cinnaminson Sewer Authority, 400 N.Randolph Ave, Cinnaminson, NJ 08077-1544 |
| 519568186 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 28 2022 20:22:00 | Credit Acceptance, P.O. Box 513, Southfield, MI 48037-0513 |
| 519568195 | + | EDI: IRS.COM | Oct 29 2022 00:13:00 | Internal Revenue Service, 2970 Market St., Mail Stop 5-Q30. 133, Philadelphia, PA 19104-5002 |
| 519623103 | ^ | MEBN | Oct 28 2022 20:18:19 | KML Law Group, 701 Market Street #5000, Philadelphia, PA 19106-1541 |
| 519568204 | + | Email/Text: MDSBankruptcies@meddatsys.com | Oct 28 2022 20:22:00 | Medical Payment Data, 645 Walnut Street, Suite 5, Gadsden, AL 35901-4173 |
| 519568208 | + | EDI: AISMIDFIRST | Oct 29 2022 00:13:00 | Midland Mtg/Midfirst, 999 Nw Grand Blvd, Oklahoma City, OK 73118-6051 |
| 519568219 | | EDI: PRA.COM | Oct 29 2022 00:13:00 | Portfolio Recovery Associates, 120 Corporate Blvd., Ste. 1, Norfolk, VA 23502 |
| 519568218 | + | EDI: PRA.COM | Oct 29 2022 00:13:00 | Portfolio Recov Assoc, 150 Corporate Blvd, Norfolk, VA 23502-4952 |
| 519568225 | + | Email/Text: bankruptcy@bbandt.com | Oct 28 2022 20:22:00 | TRUIST, PO BOX 580048, CHARLOTTE, NC 28258-0048 |
| 519568226 | + | EDI: VERIZONCOMB.COM | Oct 29 2022 00:13:00 | VERIZON, PO BOX 489, NEWARK, NJ 07101-0489 |

TOTAL: 15

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 519568201 | | Larry Levinson |
| 519568220 | | Roeblingbk |
| 519623106 | *P++ | CREDIT ACCEPTANCE CORPORATION, 25505 WEST 12 MILE ROAD, SOUTHFIELD MI 48034-8316, address filed with |

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 28, 2022 | Form ID: 318 | Total Noticed: 66 |

|  |  | court:, Credit Acceptance, 25505 West Twelve Mile Rd, Southfield MI 48034 |
|---|---|---|
| 519568187 | *+ | Credit Acceptance Corp, Po Box 513, Southfield, MI 48037-0513 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2022          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Douglas S. Stanger | on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |
| Douglas S. Stanger | doug.stanger@flastergreenberg.com  diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |
| Karina Pia Lucid | on behalf of Debtor Morris Starkman klucid@karinalucidlaw.com 15020@notices.nextchapterbk.com;admin@karinalucidlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5